# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 8, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No.    15-2067,        <u>Lakesha Ruffin v. Lockheed Martin Corporation</u>
                       1:13-cv-02744-WDQ

TO:    Denise E. Giraudo

FILING CORRECTION DUE:  October 13, 2015

Please make the correction identified below and file a corrected document by the date indicated.

[ ] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [_____].

[ ] Incorrect event used. Please refile document using [_____].

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

[ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

[ x ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

[ ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.

[ ] Document requires signature. Please sign and refile the document.

[ ] The entry "administrative record adopted" must be docketed in this case.

[ ] Other: Please correct as described and refile: [_____].

Joy Hargett Moore, Deputy Clerk
804-916-2702